UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BAIS BRUCHA INC. and RABBI MORDECHAI SEKULA,**<br><br>Plaintiffs,<br><br>v.<br><br>**TOWNSHIP OF TOMS RIVER, NEW JERSEY, and TOWNSHIP OF TOMS RIVER ZONING BOARD**<br><br>Defendants. | Civil Action No. 21-3239 (ZNQ) (RLS)<br><br>**ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion seeking leave to file a First Amended Complaint filed by Plaintiffs (ECF No. 43) and the Report and Recommendation of the Honorable Rukhsanah L. Singh, U.S.M.J. (ECF No. 53). For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **9th** day of **January 2023,**

    **ORDERED** that the Court hereby **ADOPTS** the Report and Recommendation (ECF No. 53); and it is further

    **ORDERED** that Plaintiffs' NJLAD claim (Count VII) is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

    **ORDERED** that consistent with the accompanying Opinion, Plaintiffs are to submit their First Amended Complaint by January 13, 2023.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
