# Exhibit A

10/10/23, 9:35 AM Storzer & Associates, P.C. Mail - Bais Brucha et al. v. Twp. of Toms River, et al. / Khal Anshei Tallymawr v. Twp. of Toms River -- …

Case 3:21-cv-03239-ZNQ-RLS Document 109-2 Filed 10/10/23 Page 2 of 3 PageID: 1722



Sieglinde Rath <rath@storzerlaw.com>

# Bais Brucha et al. v. Twp. of Toms River, et al. / Khal Anshei Tallymawr v. Twp. of Toms River -- Custodian Search

**Samuel Speed** <speed@storzerlaw.com>  Mon, May 1, 2023 at 8:36 AM
To: Scott Ketterer <ketterer@methwerb.com>
Cc: Sieglinde Rath <rath@storzerlaw.com>, Robin Pick <pick@storzerlaw.com>

Hi Scott,

I hope you had a great weekend.

We request that the custodians listed below be searched for both cases using the Instructions and Definitions in Plaintiffs' First Set of Requests for Production dated 01/16/2023 and the search terms and date parameters we requested previously. However, for the names in green, we only request searches from April 2020 to the present day.

If you have any questions, please let me know. We can also discuss further at Wednesday's meet and confer.

Take care,

Sam

| Name |
|---|
| Jason Crispin |
| Robert Alston |
| Richard Tutela |
| Anthony Fontana |
| Nels Luthman |
| Matthew Yezzi |
| Ernie Peters |
| Robert Hudak |
| Robert J. Chankalian, PE, CME |
| Stephanie Baumgartner |
| David Glynn Roberts |
| Melissa Benedetto |
| Maurice Hill |
| Bernard Mackle |
| Laurie Huryk |
| Josh Kopp |
| Matthew Lotano |
| Daniel Rodrick |
| Terrance Turnbach |
| Maria Maruca |
| Kevin Geoghegan |
| David Ciccozzi |
| Justin D. Lamb |

10/10/23, 9:35 AM Storzer & Associates, P.C. Mail - Data Submittal by Twp. of Toms River, et al.: Khal Angsei Tallymawr a.g.w.p. of Toms River -- …

Case 3:21-cv-03233-ZNQ-RLS Document 109-2 Filed 10/10/23 Page 3 of 3 PageID: 1723

| |
|---|
| James Quinlisk |
| Louis A. Amoruso |
| Donald Guardian |
| Quality of Life Task Force |

--

SAMUEL SPEED

Storzer & Associates, P.C.

9433 Common Brook Road

Suite 208

Owings Mills, Maryland 21117

Tel: (202) 857-9766

Fax: (202) 315-3996

http://www.storzerlaw.com

speed@storzerlaw.com