# Exhibit H

# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

WWW.STORZERLAW.COM
INFO@STORZERLAW.COM

| | |
|---|---|
| 1025 CONNECTICUT AVENUE, NORTHWEST<br>SUITE ONE THOUSAND<br>WASHINGTON, D.C. 20036<br>(202) 857-9766<br>FACSIMILE: (202) 315-3996 | BALTIMORE OFFICE<br>9433 COMMON BROOK ROAD<br>SUITE 208<br>OWINGS MILLS, MD 21117<br>(410) 559-6325 |

June 27, 2023

**VIA EMAIL**
Scott Ketterer, Esq.
Methfessel & Werbel, P.C.
2025 Lincoln Highway
Edison, NJ 08818

Re: *Bais Brucha Inc. at al. v. Township of Toms River, New Jersey et al.*
Case No. 3:21-cv-03239-ZNQ-RLS

Dear Scott,

With respect to the Defendant Township of Toms River's Answers to Interrogatories and Responses to Plaintiffs' Demand For Documents dated May 2, 2023, there are several deficiencies that need to be addressed. We are sending this letter in an effort to avoid Motions practice. We can schedule a meet and confer on Wednesday, July 5, 2023 at 2:00 p.m. or Thursday, July 6, 2023 at 2:00 p.m. The deficiencies are as follows:

## ANSWERS TO INTERROGATORIES

4. Please confirm that the governmental purpose asserted is the Township's "interest in maintaining the appropriate usage of land in the Township."

5. Please confirm that the governmental purpose asserted is the Township's "interest in maintaining the appropriate usage of land in the Township."

6. Please confirm that the governmental purpose asserted is the Township's "interest in maintaining the appropriate usage of land in the Township."

7. Please confirm that the governmental purpose asserted is the Township's "interest in maintaining the appropriate usage of land in the Township."

8. Please confirm that the governmental purpose asserted is the Township's "interest in maintaining the appropriate usage of land in the Township."

9. Please confirm that the governmental purpose asserted is the Township's "interest in maintaining the appropriate usage of land in the Township."



10.  No Answer was provided. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought. Please answer.

11.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Defendant's Answer does not state a governmental purpose, if any, for removing churches and places of worship as a conditional use in the Rural Residential zoning district in 2009. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

13.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

14. This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. As stated in paragraph 11 of the Instructions set out in Plaintiffs' First Set of Interrogatories to Defendant Township: "Unless otherwise specified, the relevant time period to which these interrogatories and requests refer is January 1, 2009 to the present day." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

15.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Please specify where this information is included in Defendants' document production. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

16.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. As stated in paragraph 11 of the Instructions set out in Plaintiffs' First Set of Interrogatories to Defendant Township: "Unless otherwise specified, the relevant time period to which these interrogatories and requests refer is January 1, 2009 to the present day." Plaintiffs have identified two cases that were not included: *Donald A. Guardian v. Twp. of Toms River, et al.*, OCN-L-000632-21 and *In the Matter of the Township of Toms River*, OCN-L-001867-15. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

17.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Defendant has neither identified all persons who participated in any way in the review of, or in the decisions relating to, Plaintiffs' applications, nor has the Defendant included the nature and extent of each person's role. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

18. This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Please specify what is meant by "the appeal in which Plaintiff is aware of." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.



19. This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

20. This Answer is incomplete. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. For example, Ms. Hamilton is presented as "special counsel" but it is unclear what entity engaged her services. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

21. This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

22. This Answer is incomplete. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. For example, Ms. Hamilton is presented as "special counsel" but it is unclear what entity engaged her services. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

23.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Defendant's Answer does not state a regulatory purpose for Ordinance No. 4558-17, if any. Further, Defendant's reference to the entirety of the Township's "January 22, 2018 Report" requires the Plaintiffs to guess at what the regulatory purpose might be. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

24. This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

25.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

26.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

27.  This Answer is nonresponsive. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. This Answer refers to the Answer in 26 which is nonresponsive. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

28. This Answer is incomplete. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. For example, Defendant refers to Stan Ferriolo but does not state who he is, his job title, if any, or why Mr. Vazquez was advising him



of his findings. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

29. This Answer is incomplete. This Interrogatory seeks information that is readily available to the Defendant and is relevant to Plaintiffs' claims. This Answer refers to the Answer to Interrogatory 28, which is also incomplete. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

## DOCUMENT REQUEST RESPONSES

1. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and is relevant to Plaintiffs' claims. Defendant failed to provide responsive Answers to Plaintiff's Interrogatories. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

2. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and is relevant to Plaintiffs' claims. On December 21, 2022, Defendant provided a three page document containing the insurance policy declarations for the "Public Officials and Employment Liability Coverage" for the Township. This document was nonresponsive because it did not provide sufficient information regarding Defendant's insurance coverage. Please provide the entire policy. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(a)(1)(A)(iv), please provide the information sought.

3. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Directing Plaintiffs generally to production is an insufficient response. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

4. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

5. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendant's objection that this Request is "vague, overbroad and not reasonably calculated to lead to the discovery of relevant admissible evidence" is inapplicable. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

6. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

7. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.



8. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

9. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. There are two Plaintiffs in this litigation and Defendant's Response only refers to a singular "Plaintiff". Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

10. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

11. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Further, the Response to this Request refers to Defendant's non-responsive Response to Document Request 10. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

12. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. The Defendant only cites to TOMS RIVER0001729-0001833, which contain Ordinance No. 4558-17, and to the Township Council minutes relating to the resolution adopting the same. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

13. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. The Defendant only cites to the Township's January 22, 2018 "Report on Amendments to Land Use Ordinances Governing Houses of Worship" TOMSRIVER0002298-0002318. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

14. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendant's reference to the Township's January 22, 2018 "Report on Amendments to Land Use Ordinances Governing Houses of Worship" TOMSRIVER0002298-0002318 is nonresponsive. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

15. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendant's reference to the Township's January 22, 2018 "Report on Amendments to Land Use Ordinances Governing Houses of Worship" TOMSRIVER0002298-0002318 and the Township's meeting minutes is nonresponsive. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

16. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendant's reference to the Township's January 22, 2018 "Report on Amendments to Land Use Ordinances Governing Houses of



Worship" TOMSRIVER0002298-0002318 and the Township's meeting minutes is nonresponsive. Furthermore, it is unclear whether the Defendant Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

17.  This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendant's reference to the Township's  meeting minutes is nonresponsive. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

18.  This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendant's reference to the Township's  meeting minutes is nonresponsive. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

20.  This Response is nonresponsive.This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

21. This Response is nonresponsive.This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. The hyperlink provided - https://www.tomsrivertownship.com/DocumentCenter/View/137/30-by-42-Zoning-Map-PDF - opens to a map but this does not conform to the Court's Stipulation and Order Regarding Discovery (ECF 58) which provides at paragraph 6, subparagraph a): "The Parties agree that productions must be endorsed with sequential Bates numbers . . . ." And TOMS RIVER0002126 is a map but based on its legend was never adopted by the Township. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

22. This Response is nonresponsive.This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. The hyperlink provided - https://www.tomsrivertownship.com/281/Master-Plan-Documents. - opens to various Master Plan elements, but they do not conform to the Court's Stipulation and Order Regarding Discovery (ECF 58) which provides at paragraph 6, subparagraph a): "The Parties agree that productions must be endorsed with sequential Bates numbers . . . ." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

23. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. First, the Defendant's Response directs Plaintiffs to TOMS RIVER0003796-3827 but then refers to a document (TWP004472) produced in *1940 Route 9 LLC v. Twp. of Toms River,* 18-cv-8008. The Defendant has not produced TOMS RIVER0003796-3827. Second, the highest Bates number using the "TOMS RIVER" nomenclature that has been produced in this litigation is TOMS RIVER0002327. Please confirm that the documents with Bates numbers between TOMS RIVER0002327 and TOMS RIVER0003796 will be produced. Second, Defendant's Response refers to TOMS RIVER0000652-TOMS RIVER0001100. The final document bears the original page number 39. The next document, TOMS RIVER0001101, is page 40, which reads: "6 Appendix: Implementing Ordinances", but no documents follow. Please complete the production. Third, the



hyperlink provided - https://www.tomsrivertownship.com/281/Master-Plan-Documents - opens to various "Master Plan" elements, but they do not conform to the Court's Stipulation and Order Regarding Discovery (ECF 58) which provides at paragraph 6, subparagraph a): "The Parties agree that productions must be endorsed with sequential Bates numbers . . . ." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

25. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. "Relating to" is a defined term in Plaintiffs' First Set of Requests for Production of Documents to Defendant Township of Toms River, New Jersey.  Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

26.  This Response is nonresponsive.  This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. "Relating to" is a defined term in Plaintiffs' First Set of Requests for Production of Documents to Defendant Township of Toms River, New Jersey. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

27. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendants have only provided a list of vacant parcels dated June 2, 2022 but it is entirely unlikely the list represents "all documents identifying vacant parcels of land in the Township." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

28. Please confirm that Defendant's Response is accurate as of May 2, 2023.

29. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. This Response is improbable. For example, in Interrogatory 28, Defendant answered: "Mr. Vazquez was dispatched on a complaint that indicated the property was being used as a rental." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

30. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

31. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

33. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.



34. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Directing Plaintiffs generally to production is an insufficient response. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

35. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Directing Plaintiffs to production is an insufficient response. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

36. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendant's reference to documents related to "Rise Up Ocean County" is nonresponsive. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

37. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

38. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Defendants reference documents related to the censure of councilman Rodrick and "Rise Up Ocean County" but provide none of the other documents requested. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

39. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

40. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

42. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

43. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. The Defendant's Response directs Plaintiffs to TOMS RIVER0004813(TWP005849);0005268(TWP005944); 0005873-5874(TWP006549-006550);0006092-6095 (TWP006768-6771). Based on Defendant's footnote 1 in its Answer to Interrogatory 23, Plaintiffs presume these documents are cross-referenced to the production in *1940 Route 9 LLC v. Twp. of Toms River,* 18-cv-8008. The Defendant has not produced TOMS RIVER0004813; 0005268; 0005873-5874; 0006092-6095 because the highest Bates number using the "TOMS RIVER" nomenclature that has been produced in this litigation is TOMS RIVER0002327. Please confirm that the documents with



Bates numbers between TOMS RIVER0002327 and TOMS RIVER0006095 will be produced. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

44. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

52. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. This Request seeks information related to any applications made to the Township as provided in N.J. Stat. Ann. § 40:55D-68 which provides: "Application pursuant hereto may be made to the administrative officer within one year of the adoption of the ordinance which rendered the use or structure nonconforming . . . ." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

53. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. This Request seeks information related to any applications made to the Township as provided in N.J. Stat. Ann. § 40:55D-68 which provides: "Application pursuant hereto may be made to the administrative officer within one year of the adoption of the ordinance which rendered the use or structure nonconforming . . . ." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

54. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

55. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

59. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. As stated in paragraph 12 of the instructions in Plaintiffs' First Set of Requests for Production of Documents to Defendant Township of Toms River: "Unless otherwise specified, the relevant time period to which these requests refer is January 1, 2009 to the present day." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.

60. This Response is nonresponsive. This Request seeks documents that are readily available to the Defendant and are relevant to Plaintiffs' claims. The Township code at § 348-6.2.A states that applications to, among others, construct a new building or change the use on any land must "first be made to the Administrative Officer for issuance of a development permit." Pursuant to the standard set forth in Federal Rule of Civil Procedure 26(b)(1), please provide the information sought.



Very Truly Yours,

Samuel Speed

cc: Counsel of Record via email