IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAIS BRUCHA INC. and RABBI MORDECHAI SEKULA,<br><br>  Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TOMS RIVER, NEW JERSEY, and TOWNSHIP OF TOMS RIVER ZONING BOARD OF ADJUSTMENT,<br><br>  Defendants. | Case: 3:21-cv-03239-ZNQ-RLS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

The Court having considered Plaintiffs Bais Brucha Inc. and Rabbi Mordechai Sekula's ("Plaintiffs") Motion to Compel Discovery filed against Defendant, Township of Toms River, New Jersey ("Township"), and Defendant, Township of Toms River Zoning Board of Adjustment ("Zoning Board of Adjustment"), (jointly "Defendants"), the Court hereby **GRANTS** the Plaintiffs' Motion to Compel Discovery and;

It is hereby **ORDERED** as follows:

1. Defendant, Township of Toms River, New Jersey, is hereby compelled to provide more specific and complete answers to the following interrogatories:

    a. Plaintiffs' First Set of Interrogatories Nos. 10, 11, 12, 13, 14, 15, 16, 17, 22, 23, 25, 26, 27, 28.

2. Defendant, Township of Toms River Zoning Board of Adjustment, is hereby compelled to provide more specific and complete answers to the following interrogatories:

    a. Plaintiffs' First Set of Interrogatories Nos. 4, 5, 6, 9, 10, 11, 12, 13, 17, 18, 19, 20, 21.

1

3. Defendant, Township of Toms River, New Jersey, is hereby compelled to provide more specific and complete responses to the following requests for documents:

   a. Plaintiffs' First Set of Request to Produce Documents Nos. 5, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 25, 26, 30, 34, 35, 36, 37, 52, 53, 54, 55, 59, 60;

   b. Plaintiffs' Second Set of Requests to Produce Documents Nos. 1, 2, 3, 4;

   c. Plaintiffs' Third Set of Requests to Produce Documents Nos. 1, 2, 3, 5.

4. Defendant, Township of Toms River Zoning Board of Adjustment, is hereby compelled to provide more specific and complete responses to the following requests for documents:

   a. Plaintiffs' First Set of Request to Produce Documents Nos. 1, 2, 17, 30, 31, 32, 33.

5. Defendants shall comply with the Court's Amended Scheduling Order (ECF No. 92) as follows:

   a. Produce a Privilege Log;

   b. Provide Plaintiffs with true and correct copies of their insurance policies;

   c. Provide Plaintiffs with a complete Certification from their Electronic Discovery Provider;

   d. Complete Document Production to the Plaintiffs including, but not limited to, production of documents relating to comparators.

_____
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE