# TOWNSHIP OF TOMS RIVER
## Division of Law
33 Washington Street
Toms River, New Jersey 08753

*Telephone: (732) 341-1000*
*Fax Number: (732) 736-6854*

March 11, 2024

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey 08625

  Re: **Khal Anshei Tallymawr, et al. v. Township of Toms River, et al.**
     Civ. No. 21:2716 (RK)(RLS)

     **Bais Barucha, Inc, et al. v. Township of Toms River, et al.**
     Civ. No. 21:3239 (ZNQ)(RLS)

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Dear Judge Singh:

  I respectfully submit this letter as formal notice pursuant to Local Civ. Rule 102.1 of my withdrawal as counsel of record for the Township of Toms River in the above-captioned matters, due to my nomination and imminent confirmation as a Judge of the Superior Court of New Jersey.

  My withdrawal does not affect the Township's representation in these matters. Mr. Harrison, Mr. Ketterer, and Ms. Patel remain counsel of record for the Township.

  I respectfully request that the court place an entry on the docket confirming my withdrawal.

Thank you for your attention to this matter. If you have any questions or concerns, I will be happy to address them.

Respectfully submitted,

ANTHONY MERLINO
Assistant Township Attorney

AM:am
cc: Roman P. Storzer, Esq. (via ECF)
   Melissa Bright, Esq. (via ECF)
   Eric Harrison, Esq. (via ECF)
   Kajal J. Patel, Esq. (via ECF)